IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BERNARD CAMPBELL, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 10-6584 (JBS/JS) |
| v. | |
| JAMES GIBB, et al., | **ORDER** |
| Defendants. | |

Presently before the court is Plaintiff Bernard Campbell's motion for default judgment as to Eric Holder, United States Attorney General [Docket Item 37]. Fed. R. Civ. P. 55 provides that default may be entered "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend." Eric Holder was not sued as a defendant in this case; rather he was required to be served with a copy of a summons and the Amended Complaint pursuant to Fed. R. Civ. P. 4(i) because the Plaintiff brought this action against officers of the United States. Consequently, as Eric Holder is not a party to this suit, he was not required to respond to the Plaintiff's complaint and default cannot be entered against him.

WHEREFORE IT IS this  **12th**  day of **September, 2012** hereby

ORDERED that Plaintiff's motion for default judgment [Docket Item 37] will be denied.

 **s/ Jerome B. Simandle** 
JEROME B. SIMANDLE
Chief U.S. District Judge