```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|                     |   |                        |
|---------------------|---|------------------------|
| BERNARD CAMPBELL,   | : |                        |
|                     | : |                        |
| Plaintiff,          | : | Civil No. 10-6584 (JBS) |
|                     | : |                        |
| v.                  | : |                        |
|                     | : |                        |
| JAMES GIBB, et al., | : | **ORDER**              |
|                     | : |                        |
| Defendants.         | : |                        |

For the reasons set forth by this Court in the Opinion filed herewith;

It is on this **20th** day of December 2013,

ORDERED that Defendants' Motion for Summary Judgment (ECF No. 58), is hereby DENIED as to defendant Gibb, and GRANTED as to defendants Zickefoose, Turner-Foster, and Lopez; and it is further

ORDERED that defendants Zickefoose, Turner-Foster, and Lopez are hereby DISMISSED from this action.

             **s/ Jerome B. Simandle**
             JEROME B. SIMANDLE
             Chief U.S. District Judge